John J. Burke, trading as Alexander Burke's Sons, appellee, v. Harry L. Hagerman et al., on appeal of Gerhard G. Schoneberger et al., appellants. Gen. No. 24,603.

Bill to foreclose mechanic's lien. Decree in favor of complainant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the. October term, 1918. Affirmed. Opinion filed December 31, 1919.

Robert D. Melick, for appellants. Edmund W. Froehlich, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

E. Arline Opp, defendant in error, v. Edward B. Pryor, receiver of Wabash Railroad Company, plaintiff in error. Gen. No. 24,572.

Action to recover for personal injury to automobile passenger, in collision with train. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 31, 1919.

Hay & Brown, for plaintiff in error. Leo Koretz and John A. Irrmann, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.

---

Gottlaub L. Levinson, appellant, v. Charles R. Morse, appellee. Gen. No. 24,602.

Action to recover for personal injuries by being struck by automobile. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Sain Welty, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 31, 1919.

Robert D. Melick, for appellant. Baker, Robertson & McClanahan, for appellee; Dillard B. Baker, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Max C. Munzer, appellant, v. Christ Boyschou and Julius Loeser (garnishee), appellees. Gen. No. 24,699.

Attachment proceeding. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed December 31, 1919.

Rudolph Wolfner, for appellant. P. F. Murray, for appellees.

Mr. Justice Taylor delivered the opinion of the court.